UNITED STATES DISTRICT COURT
DISTRICT OF NEW MEXICO

MARISELA AGUILAR, et al.,

      Plaintiffs,

v.                                                      Civ. No. 16-050 WJ/GJF

MANAGEMENT & TRAINING
CORPORATION, doing business as MTC,

      Defendant.

## ORDER ADOPTING MAGISTRATE JUDGE'S
## PROPOSED FINDINGS AND RECOMMENDED DISPOSITION

THIS MATTER comes before the Court on the Magistrate Judge's Proposed Findings and Recommended Disposition ("PFRD") (Doc. 101) of Plaintiffs' "First Amended Opposed Motion and Memorandum in Support of Judicially Supervised Notice Under 19 U.S.C. § 216(b)" ("Motion") (Doc. 55). The PFRD was entered and served electronically on January 27, 2017. The parties were notified that any objections were due within fourteen (14) days after the parties were served with the PFRD pursuant to 28 U.S.C. § 636(b)(1)(C), and that failure to file objections constituted a waiver of their right to appellate review of the PFRD. Neither Plaintiffs nor Defendant filed objections to the PFRD in the time allotted.

    **IT IS THEREFORE ORDERED AS FOLLOWS:**

1. The Magistrate Judge's PFRD (Doc. 101) is ADOPTED;

2. Plaintiffs' proposed form of notice (Doc. 55-1) shall be amended in specific conformity with the recommendations provided in the PFRD (Doc. 101) and now adopted by this Order;

3. The parties shall file a joint proposed notice within ten (10) days of the filing of this Order.

4. Defendant shall, within five (5) days of the filing of this Order, produce to Plaintiffs' counsel an electronic file containing the names, last known addresses, and last known telephone numbers of all potential opt-in plaintiff so that notice may be delivered.

**IT IS SO ORDERED.**

_____
UNITED STATES DISTRICT JUDGE