# UNITED STATES DISTRICT COURT
## DISTRICT OF NEW MEXICO

MARISELA AGUILAR, et al.

   Plaintiffs,

v.               Civ. No. 16-050 WJ/GJF

MANAGEMENT & TRAINING
CORPORATION, d/b/a MTC,

   Defendant.

## ORDER

THIS MATTER comes before the Court on Defendant's "Opposed Motion for Protective Order and Notice of Non-Appearance" ("Motion for Protective Order") [ECF No. 106] and Plaintiffs' "Response to Defendant's Opposed Motion for Protective Order and Opposed Counter-Motion to Compel Corporate Representative Deposition" ("Motion to Compel") [ECF No. 113]. The Court has reviewed the parties' briefing, reviewed extant case law, and entertained argument from counsel at the motions hearing conducted on April 12, 2017. For the reasons stated from the bench, the Court **ORDERS AS FOLLOWS**:

(1) The Court will **HOLD IN ABEYANCE** its ruling on Defendant's Motion for Protective Order to the extent it requests to protect its corporate representative from answering questions about or producing further documents responsive to Topic 15 of Plaintiffs' deposition notice;

(2) The Court **OVERRULES** Defendant's objections to Topic 16 of Plaintiffs' deposition notice. The Court **HEREBY DENIES** Defendant's Motion for Protective Order to the extent it requests to protect its corporate representative from answering questions concerning Topic 16 of Plaintiffs' deposition notice.

(3) The Court **GRANTS** Defendant's Motion for Protective Order only insofar as it relates to the production of documents sought by Plaintiffs as relate to Topic 16;

(4) The Court will **HOLD IN ABEYANCE** its ruling on Plaintiffs' Motion to Compel Defendant's corporate representative to produce documents she reviewed in preparation to answer Topic 17 of Plaintiffs' deposition notice.

**IT IS SO ORDERED.**

THE HONORABLE GREGORY J. FOURATT
UNITED STATES MAGISTRATE JUDGE