IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

MARISELA AGUILAR, et al.,

      Plaintiffs,

  v.                                                Civil No. 16-00050 WJ/GJF

MANAGEMENT & TRAINING
CORPORATION d/b/a MTC,

      Defendant.

## RULE 58 JUDGMENT

THIS MATTER came before the Court upon Defendant's Opposed Motion for Summary Judgment on Liability, filed July 21, 2017 (**Doc. 160**). Pursuant to the findings and conclusions set forth in the Memorandum Opinion and Order which accompanies this Rule 58 Judgment (**Doc. 215**);

**IT IS THEREFORE ORDERED** and **ADJUDGED** that Defendant is entitled to summary judgment on all of Plaintiffs' claims brought under the Fair Labor Standards Act, 29 U.S.C. §§201-219, as well as Plaintiffs' state law claims asserted under the New Mexico Minimum Wage Act, N.M.S.A. §§50-4-1 et seq., thus disposing of this case on its merits and in its entirety.

                                                          UNITED STATES DISTRICT JUDGE