IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

| | | |
|---|---|---|
| **MARISELA AGUILAR, et al.**, | § | |
| | § | |
| *Plaintiffs*, | § | |
| | § | |
| v. | § | No. 2:16-cv-00050-WJ-GJF |
| | § | |
| **MANAGEMENT & TRAINING** | § | |
| **CORPORATION d/b/a MTC,** | § | |
| | § | |
| *Defendant*. | § | |

## AMENDED NOTICE OF APPEAL

Notice is hereby given that MARISELA AGUILAR, et al., plaintiffs in the above-named case, listed on Exhibit "A" hereto (including 20 of the original plaintiffs and 102 of the opt-in plaintiffs, excluding only the eight plaintiffs who were dismissed from the case prior to the district court's final summary judgment dated October 24, 2017), hereby appeal to the United States Court of Appeals for the Tenth Circuit from the order granting Defendant's motion for summary judgment on liability and order denying Plaintiffs' motion for leave to supplement a new timekeeping policy and Rule 58 final judgment entered in this action on October 24, 2017.

Respectfully submitted,

**MENDEL • BLUMENFELD, PLLC**            **KERN LAW FIRM**

5809 Acacia Circle                                       309 E. Robinson Ave.
El Paso, Texas 79912                                   El Paso, Texas 79902
Telephone: (915) 587-7878                        Telephone: (915) 542-1900
Facsimile: (915) 587-8808                         Facsimile: (915) 242-0000
Email: bblu@acaciapark.com                   Email: dkern@kernlawfirm.com

By: */s/ Robert L. Blumenfeld*                  By: */s/ David L. Kern*
**Robert L. Blumenfeld**                            **David L. Kern**
NM Bar Number 7495                               TX Bar No. 11334450
Co-Counsel for Plaintiffs                            Co-Counsel for Plaintiffs

## **CERTIFICATE OF SERVICE**

      I hereby certify that on I filed the foregoing pleading electronically through the CM/ECF system and that opposing counsel thereby will receive service of this pleading as he has made an appearance in this case and is registered with the CM/ECF system.

                                                */s/ Robert L. Blumenfeld*
                                               **Robert L. Blumenfeld**

Exhibit "A"
PLAINTIFFS / APPELLANTS

| # | LAST NAME | FIRST NAME |
|---|---|---|
| 1 | Acevedo | Maria |
| 2 | Aguilar | Angel |
| 3 | Aguilar | Marisela |
| 4 | Alvarado | Ezequiel |
| 5 | Angulo | Ricardo |
| 6 | Apodaca | Fernando |
| 7 | Arreola | Rene |
| 8 | Baeza | Annette |
| 9 | Baeza | Juan |
| 10 | Balderrama | Reymundo |
| 11 | Barba | Justin |
| 12 | Baxter | Ramon |
| 13 | Bertolli | Stephanie |
| 14 | Blanco | Miguel |
| 15 | Blanco | Pedro |
| 16 | Boado | Daniel |
| 17 | Calla | Anthony |
| 18 | Camarillo | Leslie |
| 19 | Campos | Yolanda |
| 20 | Carranza | Francisco J. |
| 21 | Carranza | Stefany |
| 22 | Cooper | Jennifer |
| 23 | Dang | Edward |
| 24 | Dorado | Luis |
| 25 | Duarte | Luz |
| 26 | Dueñas | Miguel |
| 27 | Escalera | Jim |
| 28 | Escobar | Hiram |
| 29 | Escobar | Jaime |
| 30 | Espinosa | Martin L. |
| 31 | Estrada | Carolina |
| 32 | Estrada | Guadalupe |
| 33 | Fierro | Christine |
| 34 | Fuentes | Jose |
| 35 | Gallegos | Michelle |
| 36 | Gallegos | Rafael |
| 37 | Garcia | Albert |
| 38 | Garcia | Anthony |
| 39 | Garcia | Arturo |
| 40 | Garcia | Edward |
| 41 | Gonzalez | Caesar |
| 42 | Gonzalez | Juan |
| 43 | Guerrero | Benjamin Jr. |
| 44 | Guzman | Raul |

| | | |
|---|---|---|
| 45 | Hayes | Vaughn D Sr |
| 46 | Hernandez | David |
| 47 | Hernandez | Jesus |
| 48 | Hernandez | Jose R. |
| 49 | Hernandez | Paul |
| 50 | Hernandez | Rogelio |
| 51 | Hijar | Gino |
| 52 | Jauregui | Roman |
| 53 | Jimenez | Efren |
| 54 | Koo | Jun |
| 55 | Lara | Flavio |
| 56 | Leza | Rocio D. |
| 57 | Macias | Christopher |
| 58 | Maldonado | Angel |
| 59 | Mares | Arturo |
| 60 | Marquez | Daniel |
| 61 | Martinez | Pedro |
| 62 | Martinez | Saul |
| 63 | Martinez | Yvonne |
| 64 | Matamoros | Juan |
| 65 | Mireles | Yareth |
| 66 | Molina | Gabriel |
| 67 | Montero | Arturo |
| 68 | Montesinos | Carlos |
| 69 | Morales | Cecilia |
| 70 | Morales | Jesus |
| 71 | Morehead | Yvette |
| 72 | Muniz | Norma |
| 73 | Navarrete | Sixto |
| 74 | Neria | Sandra |
| 75 | Nevarez | Hernan |
| 76 | Nieto | Erica |
| 77 | Ontiveros | Erik |
| 78 | Ordaz | Anthony G. |
| 79 | Orozco | Gary Lee |
| 80 | Ortiz | Luis |
| 81 | Ortiz | Victor |
| 82 | Ortiz | Robert |
| 83 | Pacheco | Armando Jr. |
| 84 | Padilla | David |
| 85 | Parra | Juan |
| 86 | Pena | Veronica |
| 87 | Perez | Alan |
| 88 | Ponce | Carlos |
| 89 | Portillo | Jorge |
| 90 | Portillo | Oscar |
| 91 | Prospero | Jose I. |

| | | |
|---|---|---|
| 92 | Quezada | Isela |
| 93 | Ramirez | Edgar |
| 94 | Ramirez | Miguel |
| 95 | Ramirez | Ygnacio |
| 96 | Ramon | Gustavo |
| 97 | Rincon, Sr. | Rodolfo |
| 98 | Rincon, Jr. | Rodolfo |
| 99 | Rivera | Alberto |
| 100 | Rivera | Jennifer |
| 101 | Rodarte | Rigoberto |
| 102 | Rodriguez | Daniel |
| 103 | Rodriguez | Oscar |
| 104 | Rodriguez | Ruben |
| 105 | Roman | Vince |
| 106 | Rosales | Carlos |
| 107 | Saenz | Abel |
| 108 | Saenz | Lila |
| 109 | Sanchez | Belinda |
| 110 | Sanchez | David |
| 111 | Sandoval | Abraham |
| 112 | Sifuentes | Gabriela |
| 113 | Sifuentes | Salvador |
| 114 | Soto | Irma |
| 115 | Terrazas-Rubio | Irene |
| 116 | Vasquez | Antonio |
| 117 | Vasquez | Manuel |
| 118 | Villalobos | Adriana |
| 119 | Villalobos | Jose Adrian |
| 120 | Villalobos | Karina |
| 121 | Villalva | Sasha |
| 122 | Villigan | Meagan |