# UNITED STATES DISTRICT COURT
# DISTRICT OF NEW MEXICO

MARISELA AGUILAR, et al.,

    Plaintiffs,

v.                                                                                      Civ. No. 16-50 WJ/GJF

MANAGEMENT & TRAINING
CORPORATION, doing business as MTC,

    Defendant.

## ORDER STAYING CASE

THIS MATTER is before the Court pursuant to its discussion with the parties regarding their settlement efforts. *See* ECF 232 (Clerk's Minutes). At the conclusion of this discussions, the Court stated that would **STAY** the case for 60 days in order to allow the parties additional time to work towards as a settlement. *Id.*

**IT IS THEREFORE ORDERED** that the above-captioned cause is **STAYED** in all respects through **May 25, 2020**.

**IT IS FURTHER ORDERED** that Plaintiffs shall, no later than **April 10, 2020**, provide Defendant an updated damages model with supporting documentation. Defendant shall, no later than **May 11, 2020**, respond with (1) an explanation of its objections, if any, to Plaintiffs' updated damages model, (2) its own damages model with supporting documentation, and (3) a counteroffer. The Court also expects that, during this stay, the parties will have agreed on a private mediator and the scheduling of the mediation.

**IT IS FINALLY ORDERED** that a telephonic status conference is set for **May 26, 2020, at 1:30 p.m.** The parties shall call the Court's conference line at (888) 363-4735 and use code 9873158 to connect to the proceedings.

**SO ORDERED.**

_____
THE HONORABLE GREGORY J. FOURATT
UNITED STATES MAGISTRATE JUDGE