IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

MARISELA AGUILAR, et al.,

        Plaintiffs,

v.                                       Case No. 2:16-cv-00050 WJ-GJF

MANAGEMENT & TRAINING
CORPORATION, d/b/a MTC,

        Defendant.

## ORDER

This matter comes before the Court on the Unopposed Motion to Deem Settlement Agreement Enforceable Without Court or Department of Labor Approval ("Motion") [Doc. No. 234].  Having considered the Motion, noting that it is unopposed, and being otherwise fully advised, the Court finds that the Motion is well taken and should be GRANTED.

IT IS THEREFORE ORDERED that the private settlement of the Plaintiffs' federal Fair Labor Standards Act ("FLSA") and New Mexico Minimum Wage Act ("NMMWA") claims in this case is enforceable without Court or Department of Labor Approval. The parties shall proceed with their settlement procedures and submit a Rule 41 stipulation of dismissal with prejudice no later than 60 days from the date of the entry of this order.

 

_____
CHIEF UNITED STATES DISTRICT JUDGE

SUBMITTED AND APPROVED:

RODEY, DICKASON, SLOAN, AKIN & ROBB, P.A.

By      */s/ Jeffrey L. Lowry*
     Charles J. Vigil
     Jeffrey L. Lowry
P. O. Box 1888
Albuquerque, NM 87103
Telephone:  (505) 765-5900
FAX:  (505) 768-7395
cvigil@rodey.com
jlowry@rodey.com
*Attorneys for Defendant*


MENDEL BLUMENFELD & PULIDO, PLLC

By    *Electronically Approved on July 28, 2020*
     Robert L. Blumenfeld
5809 Acacia Circle
El Paso, Texas 79912
Telephone:  (915) 587-8855
FAX:  (915) 587-8808
bblu@acaciapark.com


and

KERN LAW FIRM, PC

David Kern
Kern Law Firm, PC
5823 North Mesa, Suite 541
El Paso, Texas 79912
Tel:  (915) 542-1900
Email:  dkern@KernLawFirm.com

*Attorneys for Plaintiffs*